CAROL W. WU
25A CRESCENT DRIVE, SUITE 413
PLEASANT HILL, CA 94523
(408) 404-7039
Trustee in Bankruptcy


FILED
MAY 24 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - San Jose

| In re: | Case No. **05-54880** |
|---|---|
| **INTEREX THE INTERNATIONAL ASSOCIATI** | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDENDS** |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $39,899.19. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | Strategic Memory Solutions<br>3545 Chainbridge Road, Suite 206<br>Fairfax, VA 22030 | 37,800.00 | 3,842.74 |
| 9 | Green Border<br>331 Fairchild Drive<br>Mountain View, CA 94043 | 4,500.00 | 457.47 |
| 13 | Mark Silverberg<br>110 Spit Brook Road<br>ZK01-3H42<br>Nashua, NH 03062 | 95.00 | 9.66 |

Case: 05-54880   Doc# 152   Filed: 05/24/10   Entered: 06/04/10 23:00:09   Page 1 of 3

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 19 | Softek Storage Solutions Corp<br>555 Mathilda Avenue #210<br>Sunnyvale, CA 94085 | 4,100.00 | 416.80 |
| 21 | Hash Corp.<br>400 W. Evergreen Blvd.<br>Vancouver, WA 98660 | 4,500.00 | 457.47 |
| 22 | Northland Systems<br>15350 25th Avenue<br>Plymouth, MN 55447 | 4,500.00 | 457.47 |
| 25 | Transaction Design<br>240 Tamal Vista, Suite 260<br>Corte Madera, CA 94925 | 9,357.50 | 951.28 |
| 27 | TimeSpring Software Corp<br>620 Newport Beach Center #110<br>Newport Beach, CA 92660 | 4,300.00 | 437.14 |
| 29 | Professional Marketing Services, Inc.<br>32 Berwick Court<br>Fairfield, CT 06825 | 19,912.58 | 2,024.30 |
| 37 | U.S. Bureau of Reclamation<br>125 S. State Street, #6233<br>Salt Lake City, UT 84138 | 95.00 | 9.66 |
| 39 | Artronic Development<br>4718 E. Cactus Road #224<br>Phoenix, AZ 85032 | 90.00 | 9.15 |
| 41 | Paramount Computer Corporation<br>6301 E. Stasseny Lane #200<br>Austin, TX 78744 | 1,950.00 | 198.24 |
| 56 | City of Tempe<br>120 E. 5th Street<br>Tempe, AZ 85281 | 1,690.00 | 171.80 |
| 60 | R.R. Donnelly and Sons<br>1905 Horseshoe Road<br>Lancaster, PA 17602 | 95.00 | 9.66 |
| 63 | Adea Solutions<br>10333 Richmond Suite 450<br>Houston, TX 77042 | 1,765.00 | 179.43 |
| 80 | Emirates Telecommunications Corporation<br>P.O. Box 99100<br>Dubai, UAE 99100 | 3,780.00 | 384.27 |
| 84 | IKON Office Solutions<br>Accounts Receivable/Bankruptcy Team<br>5400 Bowman Road<br>Macon, GA 31210 | 131.44 | 13.36 |
| 86 | Electronic Data Systems<br>13600 Eds Drive<br>Herndon, VA 20171 | 1,690.00 | 171.80 |

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---:|---:|
| 87 | SBC California<br>P.O. Box 981268<br>West Sacramento, CA 95798 | 4,713.68 | 479.19 |
| 88 | Citibank USA NA<br>Conoco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | 43.80 | 4.45 |
| 93 | APCON, Inc.<br>17938 SW Upper Boones Ferry Road<br>Portland, OR 97224 | 2,250.00 | 228.73 |
| 97 | Hewlett Packard Company<br>3000 Hanover Street, MS 1050<br>Palo Alto, CA 94304 | 268,319.79 | 27,277.24 |
| 99 | American Power Conversion<br>132 Fairgrounds Road<br>West Kingston, RI 02892 | 16,800.00 | 1,707.88 |

Total Unclaimed Dividends: $39,899.19

Dated: May 20, 2010

CAROL W. WU, TRUSTEE